IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN A. WHITE,<br><br>        Petitioner,<br><br>vs.<br><br>DOUGLAS COUNTY, NEBRASKA,<br><br>        Respondent. | 8:25CV720<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on what the Court construes as Petitioner Kevin A. White's Petition for Writ of Habeas Corpus, Filing No. 1, which was forwarded to the Court by the Clerk of the Douglas County District Court and filed on December 15, 2025, and Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP"), Filing No. 2. As explained below, the Petition and IFP Motion are deemed insufficient and this matter cannot proceed further until Petitioner corrects the following deficiencies.

On December 16, 2025, the Clerk of this Court advised Petitioner that his Petition was unsigned and therefore deficient.[1] The Clerk of Court directed Petitioner to "correct the deficiency" (i.e., file a signed Petition) within 14 days, or the pleading "may be stricken from the record of this case." Filing No. 4 (text notice of deficiency). Petitioner has failed to follow the Clerk of Court's directions. Because Petitioner has not signed the Petition under penalty of perjury, his petition is deficient and the Court will not act upon it. *See, e.g.* 28 U.S.C. § 2242 and Rule 2(c)(5) of the *Rules Governing Section 2254 Cases in the United States District Courts*.

---

[1] Petitioner utilized the Form AO 241 Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody for his Petition, but his Petition is missing the last page of the form containing the signature block.

Petitioner's IFP Motion consists of a single page titled "In Forma Pauperis (Short/Fed)" with Petitioner's signature appearing beneath the statement "In Forma Pauperis Declaration." Filing No. 2. Petitioner's IFP Motion does not comply with the terms of 28 U.S.C. § 1915, the statute authorizing proceedings in forma pauperis. *See* 28 U.S.C. § 1915(a)(1) (requiring submission of "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor"). Petitioner has the choice of either submitting the $5.00 filing fee to the Clerk's office or submitting a request to proceed in forma pauperis that complies with 28 U.S.C. § 1915. If Petitioner chooses to do the latter, the enclosed pauper's forms should be completed and returned to this Court.

Failure to (1) sign the Petition under penalty of perjury <u>and</u> (2) either pay the $5.00 filing fee or submit a proper request to proceed IFP within 30 days may result in the Court dismissing this case without further notice to Petitioner.

IT IS THEREFORE ORDERED that:

1. The pending Petition is deemed insufficient and the Court will not act upon it.

2. Petitioner's IFP Motion, Filing No. 2, is denied without prejudice to reassertion in a motion that complies with 28 U.S.C. § 1915.

3. Petitioner shall correct the above-listed defects on or before **February 5, 2026**. To be clear, Petitioner must sign his Petition under the penalty of perjury <u>and</u> he must submit the $5.00 fee to the Clerk's office or submit a request to proceed in forma pauperis that complies with 28 U.S.C. § 1915 within 30 days. Failure to comply with this

Memorandum and Order will result in dismissal of this matter without prejudice and without further notice.

3. The Clerk of Court is directed to send to Petitioner the last page of his Petition, Filing No. 1 at 14, and the last page (page 16) of the Form AO 241 ("Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus") containing the form's signature block, which Petitioner is encouraged to utilize.

4. The Clerk of Court is further directed to send to Petitioner the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

5. The Clerk of Court is directed to set a pro se case management deadline in this matter with the following text: **February 5, 2026**: deadline to submit signed Petition and MIFP or payment.

6. No further review of this case shall take place until Petitioner complies with this Memorandum and Order.

Dated this 6th day of January, 2026.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge