IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN A. WHITE,

          Petitioner,

vs.

DOUGLAS COUNTY, NEBRASKA,

          Respondent.

**8:25CV720**

**MEMORANDUM AND ORDER**

On January 6, 2026, the Court directed Petitioner Kevin A. White to sign his habeas petition under penalty of perjury and pay the filing fee or submit a motion to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 5. To date, Petitioner has not paid the filing fee, submitted a motion to proceed in forma pauperis, or filed a signed petition, and the time in which to do so has passed.

IT IS THEREFORE ORDERED that: This case is dismissed without prejudice because Petitioner failed to prosecute it and failed to comply with this Court's orders. No certificate of appealability has been or will be issued. The Court will enter judgment by a separate document.

Dated this 25th day of February, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge